UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

SUPERIOR ASSET MANAGEMENT, INC.,
and JOHN DOE,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, SUPERIOR ASSET MANAGEMENT, INC., placed telephone calls into this District.

## PARTIES

3. Plaintiff, TANEIKE Y. CAMPBELL, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, SUPERIOR ASSET MANAGEMENT, INC. ("SUPERIOR"), is a professional corporation and citizen of the State of Georgia with its principal place of business at Suite165, Building 400, 1000 Abernathy Road Northeast, Atlanta, Georgia 30328.

5. Defendant, JOHN DOE 1, is the creditor on whose behalf, SUPERIOR, was attempting to collect the alleged debt. Plaintiff is presently unaware of the name of this individual, will obtain it through discovery and amend her complaint accordingly.

6. Defendant, SUPERIOR, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant, SUPERIOR, regularly collects or attempts to collect debts for other parties.

8. Defendant, SUPERIOR, is a "debt collector" as defined in the FDCPA.

9. Defendant, SUPERIOR, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

10. Because JOHN DOE 1 is the creditor on whose behalf SUPERIOR placed the calls, it is vicariously liable to Plaintiff with respect to the alleged

violations of the TCPA. The Federal Communications Commission has held:

"Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

## FACTUAL ALLEGATIONS

11.     Defendant, SUPERIOR, sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

12.     Defendant, SUPERIOR, left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

<u>March 23, 2010 – Pre-Recorded Message</u>
If this is not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

<u>April 7, 2010 at 2:53 PM – Pre-Recorded Message</u>

Not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

<u>May 25, 2010 at 3:28 PM – Pre-Recorded Message</u>
If this is not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

<u>June 25, 2010 at 12:41 PM – Pre-Recorded Message</u>
If this is not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

<u>July 19, 2010 at 4:19 PM – Pre-Recorded Message</u>
Not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen to this message

so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

August 13, 2010 at 4:28 PM – Pre-Recorded Message
Not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

August 31, 2010 at 2:54 PM – Pre-Recorded Message
If this is not the person we have asked for previously in this message, please hang up or disconnect now. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are the person we asked for previously in this message. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a pause in this message. This is Pat Barns with Superior Asset Management. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-895-2989. Again, this is Pat Barns, please contact me at 1-800-895-2989.

13. Defendant, SUPERIOR, left similar or identical messages on other occasions. (Collectively, "the telephone messages").

14. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

15. Because Defendant, SUPERIOR's, messages fail to identify the intended recipient, it is impossible to determine if the message is intended for Plaintiff or some other party and consequently the messages fail to state the purpose of the calls.

16. Plaintiff initially believed Defendant, SUPERIOR, was attempting to collect a debt she owed but has since determined that she is not indebted with respect to the alleged debt and that it is a debt actually due by some other person.

17. It is harassing to telephone a person who does not owe debts and then require the non-obligated party to listen to and respond to repetitive automated telephone messages.

18. Defendant, SUPERIOR, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

19. None of Defendant, SUPERIOR's, telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

20. Defendant, SUPERIOR, willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

21. Plaintiff incorporates Paragraphs 1 through 20.

22.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), <u>Clarke, Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,</u> Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

23.     Plaintiff incorporates Paragraphs 1 through 20.

24.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658