# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CV-61932

TANEIKE Y. CAMPBELL,

    Plaintiffs,

v.

SUPERIOR ASSET MANAGEMENT, INC.,
and JOHN DOE,

    Defendants.

_____/

## RULE 68 OFFER OF JUDGMENT BY DEFENDANT SUPERIOR ASSET MANAGEMENT, INC.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant SUPERIOR ASSET MANAGEMENT, INC., ("Defendant") by and through its undersigned attorneys, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of TANEIKE Y. CAMPBELL ("Plaintiff"), as follows:

1. Judgment shall be entered against Defendant in the amount of One Thousand Dollars and 00/100 ($1000.00), arising from Plaintiff's FDCPA claims against the Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.

2. The judgment entered shall include an additional amount for Plaintiff's reasonable attorney fees and costs incurred by Plaintiff, in an amount to be determined by the Court if the parties are unable to come to an agreement.

3. Should Plaintiff accept this Offer, Plaintiff agrees that her acceptance of the Offer resolves Plaintiff's FDCPA claims against Defendant.

4. Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and resolution of Plaintiff's FDCPA claims sought in the above-captioned matter as described more fully herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile and U.S. Mail to Donald A. Yarbrough, Esquire, P.O. Box 11842, Ft. Lauderdale, FL 33339, this 5th day of October, 2011.

GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675

By: _____
DALE T. GOLDEN, ESQUIRE
FBN: 0094080

2

## GOLDEN & SCAZ, PLLC
ATTORNEYS AT LAW
201 NORTH ARMENIA BOULEVARD
TAMPA, FLORIDA 33609-2303
PHONE: (813) 251-5500
FAX: (813) 251-3675

**TO:** DONALD A. YARBROUGH, ESQ.        **FAX:** (954) 566-2235

**FROM:** DALE T. GOLDEN, ESQUIRE

**DATE:** OCTOBER 5, 2011

**RE:** CAMPBELL V SUPERIOR

**PAGES:** 3, INCLUDING THIS COVER PAGE. PLEASE CALL 813-251-5500 IF YOU DO NOT RECEIVE ALL PAGES.

**COMMENTS:** SEE ATTACHED OFFER OF JUDGMENT

**CONFIDENTIALITY NOTICE:** THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED AND INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. WE REQUEST IMMEDIATE NOTIFICATION BY TELEPHONE OF MISROUTED TELECOPY TRANSMISSIONS SO THAT WE CAN ARRANGE FOR RETURN OF THOSE DOCUMENTS TO US. IF YOU RECEIVE THIS TELECOPY IN ERROR, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.