UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61932-Civ-Ungaro/Torres

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

SUPERIOR ASSET MANAGEMENT, INC., AND
JOHN DOE,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, Taneike Y. Campbell, gives notice of her acceptance of Defendant, Superior Asset Management, Inc., Offer of Judgment served upon Plaintiff under Certificate of Service dated February 2, 2012, attached as Exhibit "A".

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61932-Civ-Ungaro/Torres

TANEIKE Y. CAMPBELL,

    Plaintiff,

v.

SUPERIOR ASSET MANAGEMENT, INC., AND
JOHN DOE,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 7, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF