# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CV-61932

TANEIKE Y. CAMPBELL,

    Plaintiffs,

v.

SUPERIOR ASSET MANAGEMENT, INC.,
and JOHN DOE,

    Defendants.

_____/

## RULE 68 OFFER OF JUDGMENT BY DEFENDANT SUPERIOR ASSET MANAGEMENT, INC.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant SUPERIOR ASSET MANAGEMENT, INC., ("Defendant") by and through its undersigned attorneys, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of TANEIKE Y. CAMPBELL ("Plaintiff"), as follows:

1. Judgment shall be entered against Defendant in the amount of Five Thousand Dollars and 00/100 ($5,000.00), arising from Plaintiff's TCPA claims against the Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.

2. Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and resolution of Plaintiff's TCPA claims sought in the above-captioned matter as described more fully herein.

3.  In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within fourteen (14) days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, Plaintiff must pay Plaintiff's own costs incurred after making this Offer, as well as the costs of Defendant. See, *O'Brien v. City of Greers Ferry*, 873 F.2d 1115, 1120 (8th Cir. 1989); *Jordan v. Time, Inc.*, 111 F.3rd 102 (11th Cir. 1997).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile and U.S. Mail to Donald A. Yarbrough, Esquire, P.O. Box 11842, Ft. Lauderdale, FL 33339, this 2nd day of February, 2012.

**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675

By: _____
DALE T. GOLDEN, ESQUIRE
FBN: 0094080

2