UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61932-CIV-UNGARO

TANEIKE CAMPBELL,

    Plaintiff,

vs.

SUPERIOR ASSET MANAGEMENT, INC et al.,

    Defendant

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Order on Plaintiff's Notice of Acceptance of Offer of Judgment. It is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February 2012. .

*[signature]*

UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record