UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61932-CIV-UNGARO

TANEIKE CAMPBELL,

    Plaintiff,

vs.

SUPERIOR ASSET MANAGEMENT, INC et al.,

    Defendant

_____/

**FINAL JUDGMENT OF FEES AND COSTS**

THIS CAUSE is before the Court upon Plaintiff's Motion for Fees and Costs (D.E. 23).

THIS COURT has considered said Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that Plaintiff's Motion is GRANTED in part. It is FURTHER ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 58, Plaintiff should recover from Defendant a total amount of $2,142.00, comprised of $1,752.00 in attorney's fees, plus $390.00 in taxable costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st___ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
Clerk of Court
Counsel of Record