UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61932-Civ-Ungaro/Torres

TANEIKE Y. CAMPBELL,

     Plaintiff,

v.

SUPERIOR ASSET MANAGEMENT, INC.,
AND JOHN DOE,

     Defendants.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Partial Judgment (DE 10) entered October 28, 2011, Final Judgment (DE 39) entered February 9, 2012, and Judgment (DE 43) for attorneys' fees and costs entered March 22, 2012 against, Superior Asset Management, Inc., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Taneike Y. Campbell

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61932-Civ-Ungaro/Torres

TANEIKE Y. CAMPBELL,

      Plaintiff,

v.

SUPERIOR ASSET MANAGEMENT, INC.,
AND JOHN DOE,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 12, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF